1016

No. 77–5250. LINKLETTER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–5271. FLOWERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5287. BLEVINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5328. HILLIARD v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5332. BEASLEY ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 77–5333. TALIAFERRO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5337. DAWSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5340. CASEBEER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5358. SCHILLACI v. SMITH ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–5360. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5371. FALCONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5373. MILLER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–5378. SCHICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5379. HODGES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.